IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DEMETRIUS PIRL, | ) | |
| | ) | CIVIL ACTION NO. 3:19-cv-208 |
| Plaintiff, | ) | |
| | ) | JUDGE KIM R. GIBSON |
| v. | ) | |
| | ) | |
| SERGEANT, MAJOR RINGLING, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM ORDER

This matter is before Magistrate Judge Maureen P. Kelly for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636 and Local Civil Rule 72.

On October 30, 2020, Defendants Gary Ringling ("Ringling") and Eric Tice ("Tice) filed a Motion for Summary Judgment. (ECF No. 39.) The Magistrate Judge filed a Report and Recommendation on March 29, 2021 recommending that Ringling and Tice's motion be granted in part and denied in part. (ECF No. 51.)

The parties were notified that, pursuant to 28 U.S.C. § 636(b)(1), they had fourteen days to file written objections to the Report and Recommendation. Ringling and Tice did not file objections to the Report and Recommendation. Plaintiff Demetrius Pirl ("Pirl") stated that he has no objections to the Report and Recommendation. (ECF No. 61.)

Upon review of the record and the Report and Recommendation under the applicable "reasoned consideration" standard, *see EEOC v. City of Long Branch*, 866 F.3d 93, 100 (3d Cir. 2017) (standard of review when no timely and specific objections are filed), and pursuant to Local Civil

Rule 72.D.2, the Court will accept in whole the findings and recommendations of Judge Kelly in this matter. Accordingly, the following order is entered:

AND NOW, this 15th day of September, 2021, it is ORDERED that Defendants' Motion for Summary Judgment be GRANTED in part and DENIED in part as stated in the Report and Recommendation.

BY THE COURT:

*Kim R. Gibson*
KIM R. GIBSON
UNITED STATES DISTRICT JUDGE